

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2015

No. 04-15-00596-CR

Isidro Espinosa **SOLIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2691
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The reporter's record was due November 12, 2015, but it was not filed. On November 16, the court reporter, Monica Crawford, filed a notification of late record stating that the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. See TEX. R. APP. P. 34.6(b), 35.3(b).

We **order** appellant, Isidro Espinosa Solis, to provide written proof to this court by **November 30, 2015** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. See TEX. R. APP. P. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due **December 21, 2015**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2015.

Keith E. Hottle
Clerk of Court